■ In the Matter of LAURICE ROQUE et al., Appellants, v LARRY SEABROOK, Respondent. In the Matter of LAURICE ROQUE et al., Appellants, v WILLIE E. P. BOWMAN, Respondent. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of DAVE REID, JR., et al., Appellants, v MARTIN RICHARDS et al., Respondents. — Judgment of the Supreme Court, Bronx County (Kirschenbaum, J.), dated September 1, 1982, reversed, on the law, and the motion to confirm the referee's report to invalidate the designating petitions of the respondent Camacho granted, without costs. The respondent Camacho filed designating petitions as a Democratic Party candidate for Member of the New York City Council from the 13th Council District. He moved into the district *after* the date for the filing of designating petitions. Accordingly, he is not eligible. That the city council districts have been reapportioned this year provides no exemption from the residence requirement. (*Matter of Ryan v Board of Elections of City of N. Y.*, 53 NY2d 515.) Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of HEYWARD DOTSON, Appellant, v JAMES F. BASS et al., Respondents. In the Matter of CURTIS M. ARLUCK, Petitioner, v HEYWARD DOTSON et al., Respondents. — Judgment, Supreme Court, New York County (Wallach, J.), entered on September 2, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of FREDDIE ARAN et al., Appellants, v ROBERT R. DELEON et al., Respondents. — Judgment, Supreme Court, New York County (A. Klein, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of MIGUEL A. GARCIA, JR., Appellant, v BOARD OF ELECTIONS et al., Respondents. In the Matter of JOSE A. REYES, Appellant, v BOARD OF ELECTIONS et al., Respondents. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ ARMANDO MONTANO, Appellant, v YOLANDA RIVERA, Respondent. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ DELMA OLIVERAS et al., Respondents, v ARMANDO MONTANO, Appellant. — Judgment, Supreme Court, Bronx County (Kirschenbaum, J.), entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of LENDSEY H. JONES, Respondent, v ANTHONY SADOWSKI et al., Respondents, and BOOKER BYNUM, Respondent-Appellant. — Judgment, Supreme Court, New York County, entered on September 2, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.